

NUMBER 13-13-00671-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JUAN J. MOLINA AND
SAN JUANA MOLINA,                                                      Appellants,

V.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
SOLEY AS NOMINEE FOR
NOVASTAR MORTGAGE INC.,
ITS SUCCESSORS AND ASSIGNS,                                           Appellee.

On Appeal from the 197th District Court
of Willacy County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Longoria**
**Memorandum Opinion Per Curiam**

Appellants, Juan J. Molina and San Juana Molina, perfected an appeal from a

judgment rendered by the 197th District Court of Willacy County.   On January 15, 2014,

the Clerk of this Court notified appellants that the clerk's record in the above cause was originally due on December 9, 2014, and that the deputy district clerk, Gilbert Lozano, had notified this Court that appellants failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellants of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellants were advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellants have failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).


PER CURIAM

Delivered and filed the
13th day of February, 2014.

2